# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No: 1

| Case No.: | 23-01895 | Trustee Name: | Eva M. Lemeh |
|---|---|---|---|
| Case Name: | ANARCHY PIZZA, LLC | Date Filed (f) or Converted (c): | 05/29/2023 (f) |
| For the Period Ending: | 09/30/2023 | §341(a) Meeting Date: | 06/26/2023 |
| | | Claims Bar Date: | 09/14/2023 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Anarchy Pizza, LLC and TN Pizza Guy, LLC - Dough mixer, two deck over, walk in cooler (2), make live cooler, salad line cooler, hand sinks, single door freezer , prep tables, dough racks, mop sink, various business equipment and tools, printer (2) $0.00 N/A | $98,525.00 | $68,525.00 | | $72,425.72 | FA |
| 2 | cash and coins (u) | $663.92 | $663.92 | | $663.92 | FA |
| 3 | Accounts Receivable | $0.00 | $0.00 | | $0.00 | FA |

Asset Notes: listed in Schedule D with $0 value

**TOTALS (Excluding unknown value)**     $99,188.92     $69,188.92     $73,089.64     **Gross Value of Remaining Assets** $0.00

| Case No.: | 23-01895 | | | Trustee Name: | Eva M. Lemeh |
|---|---|---|---|---|---|
| Case Name: | ANARCHY PIZZA, LLC | | | Date Filed (f) or Converted (c): | 05/29/2023 (f) |
| For the Period Ending: | 09/30/2023 | | | §341(a) Meeting Date: | 06/26/2023 |
| | | | | Claims Bar Date: | 09/14/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

| | |
|---|---|
| 10/04/2023 | once pay professionals case will be ready for tfr |
| 09/01/2023 | filed report of sale |
| 09/01/2023 | paid secured creditor |
| 08/29/2023 | emailed creditors atty for claim 1 to amend claim and attach documents or claim will be disallowed |
| 08/29/2023 | tcw atty for creditor shanna kaminski 517-294-2101-creditor made loan in january 2023 but did not file ucc until early may 2023 and security agreement states collateral is only accounts and general intangibles but ucc lists all assets so not perfected in anything but accounts and general intangibles and lien is voidable so creditor is unsecured |
| 08/01/2023 | Nashville, TN — TN Pizza Guy<br><br>Gross sales Including Buyers Premium: $61,630<br><br>Franklin, TN — Anarchy Pizza<br><br>Gross sales Including Buyers Premium: $72,425<br><br>Total gross sales: $134,055 |
| 07/12/2023 | once auction complete will get assets out to turnover space to landlord |
| 06/16/2023 | emailed mclemore to let him know we may not auction this debtor's assets if offer high enough from new tenant |
| 06/16/2023 | filed notice of assets |
| 06/15/2023 | contacted by landlord-has prospective tenant and tenant wants to purchase assets:<br><br>Thanks for taking my call concerning the lease and equipment related to the above mentioned case. The prospective buyer/tenant will go look at the equipment next week and I will forward their offer to you.<br><br>Larry Hubbard<br>Venture Construction<br>Real Estate Manager<br>770-441-6555 (office)<br>404-664-5428 (cell)<br>Larry Hubbard <larryh@ventureconstruction.com> |
| 06/03/2023 | emailed debtor's atty re liens on assets |

Initial Projected Date Of Final Report (TFR): 12/15/2023      Current Projected Date Of Final Report (TFR): 12/15/2023      /s/ EVA M. LEMEH
EVA M. LEMEH